LAW OFFICES

**RONALD L. TOBIA** •Δ
**JILL TOBIA SORGER** •Δ ■
**MICHAEL A. DeMARCO** •

# TOBIA & SORGER ESQS., LLC
A Limited Liability Corporation of Lawyers

500 Supor Boulevard
Harrison, New Jersey 07029

973-746-6000
Fax: 973-509-1578

EMAIL: RTOBIA@TOBIASORGER.COM
EMAIL: JSORGER@TOBIASORGER.COM
EMAIL: MDEMARCO@TOBIASORGER.COM

**TRENTON OFFICE**
172 W. State Street
P.O. Box 2041
Trenton, NJ 08607
609-393-1442
609-393-1990 Fax

**FLORIDA OFFICE**
4302 Hollywood Boulevard
Suite 171
Hollywood, FL 33021
973-746-6000

*Reply to: Harrison, NJ Office*

**BAR AFFILIATIONS**
NJ BAR •
FLA BAR Δ
NY BAR ■

March 28, 2014

Honorable Michael A. Shipp
United States District Court
District of New Jersey
United States Courthouse
402 East State Street
Trenton, NJ 08608

**VIA ELECTRONIC FILING**

**Re:  United States v. Kevin and Jennifer Kraft**
      **Civil Action No. NJD 3:12-cv-01852 (MAS)(TJB)**

Dear Judge Shipp:

This office represents Defendants Kevin and Jennifer Kraft in connection with the above-referenced matter. Please consider this letter our second request to extend the time within which the Defendants may respond to the Motion for Summary Judgment filed by Plaintiff (docket entry #18) for a period of fourteen (14) days. As per your Honor's Order (docket entry #21) extending the time, Defendants' opposition is due April 2, 2014. Any reply is due by April 9, 2014. The return date of said motion is April 16, 2014. If your Honor grants this second extension, then Defendants' opposition would be due April 16, 2014, any reply to Defendants' opposition would be due April 23, 2014. The return date of said motion would then be May 5, 2014.

The reason for this request is that Plaintiff and Defendants are in the process of negotiating the settlement of this matter and have exchanged documents to facilitate said settlement. This brief extension of time would permit Plaintiff and Defendants sufficient time to settle this matter. Plaintiff's Attorney, Stephen A. Josey, Esq. consents to this request.

Respectfully yours,

TOBIA & SORGER ESQS., LLC

/s/ *Ronald L. Tobia*
RONALD L. TOBIA

RLT:mad
cc: Stephen A. Josey, Esq. (Via Email: Stephen.a.josey@usdoj.gov)

Z:\Docs\009623\01\A0127778.DOCX