

U.S. Department of Justice

Tax Division

*Civil Trial Section, Eastern Region*

| | | |
|---|---|---|
| KK:DSM:SAJosey | P.O. Box 227 | Telephone: 202-307-1427 |
| DJ 5-48-21836 | Washington, D.C. 20044 | Telecopier: 202-514-6866 |
| CMN 2012101053 | | |

April 21, 2014

Honorable Michael A. Shipp
United States District Court
District of New Jersey
United States Courthouse
402 East State Street
Trenton, NJ 08608

      Re:    *United States v. Kevin and Jennifer Kraft*
              D.N.J. 3:12-cv-01852

Dear Judge Shipp:

      The United States requests a 14 day extension, pursuant to Local Rule 7.1, to reply to the Defendants' Response to the United States' Motion for Summary Judgment. This is the United States' first request for an extension of time. The Government's reply is currently due by April 23, 2014 with a return date of May 5, 2014. If your Honor grants this extension, the United States' reply would be due May 7, 2014 with a return date of May 15, 2014. The United States requests this extension to allow it sufficient time to communicate with the IRS and retrieve necessary information to formulate a reply. The United States has made several attempts to contact Defendants' counsel regarding the extension, but has not received a response.

      Sincerely yours,

      */s/ Stephen A. Josey*
      STEPHEN A. JOSEY
      Trial Attorney
      Civil Trial Section, Eastern Region

cc: Ronald L. Tobia (jsorger@tobiasorger.com)

So Ordered this 25th day of April, 2014

/s/ Shipp

11366925.1